```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL KENT,

                    Plaintiff,

    -against-

ACCELERON PHARMA INC., HABIB J. DABLE,
LAURA J. HAMILL, CHRISTOPHER HITE,
TERRENCE C. KEARNEY, KEMAL MALIK, THOMAS
A. MCCOURT, FRANCOIS NADER, KAREN L.
SMITH, and JOSEPH S. ZAKRZEWSKI,

                    Defendants.

21 Civ. 8861 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    There has been no record of any proceedings, filings of any papers, or correspondence with the Court in this matter since Plaintiff filed his complaint on October 29, 2021.

    **IT IS HEREBY ORDERED** that within seven (7) days of the date of this Order, the Plaintiff shall inform the Court of the status of this action and his contemplation to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated: January 11, 2022
       New York, New York

                                                  _____
                                                  Victor Marrero
                                                    U.S.D.J.